

# NUMBER 13-25-00442-CV

# COURT OF APPEALS

# THIRTEENTH DISTRICT OF TEXAS

# CORPUS CHRISTI – EDINBURG

## IN RE CITY OF MCALLEN, TEXAS

## ON PETITION FOR WRIT OF MANDAMUS

## MEMORANDUM OPINION

### Before Justices Silva, Peña, and West
### Memorandum Opinion by Justice West[1]

Relator City of McAllen, Texas filed a "Petition for Writ of Mandamus and Motion for Emergency Relief" seeking to compel the trial court to: (1) hold a hearing and rule on relator's verified application for a temporary restraining order; (2) alternatively, assign the case to another judge so that a hearing and ruling could be had; and (3) hold a hearing

---

[1] *See* TEX. R. APP. P. 52.8(d) ("When denying relief, the court may hand down an opinion but is not required to do so. When granting relief, the court must hand down an opinion as in any other case."); *id.* R. 47.4 (distinguishing opinions and memorandum opinions).

on relator's verified application for temporary injunction within fourteen days. However, relator has now filed a motion to dismiss its petition for writ of mandamus and motion for emergency relief on grounds that the trial court held a hearing on relator's application for a temporary restraining order, granted the temporary restraining order, and set a hearing on relator's application for a temporary injunction. Relator asserts that all issues raised herein are moot, and relator thus requests that we dismiss this original proceeding.

The Court, having examined and fully considered the petition for writ of mandamus and motion for emergency relief, the motion to dismiss, and the documents on file, is of the opinion that relator's motion to dismiss should be granted. *See In re Contract Freighters, Inc.*, 646 S.W.3d 810, 813 (Tex. 2022) (orig. proceeding) (per curiam); *Heckman v. Williamson County*, 369 S.W.3d 137, 162 (Tex. 2012); *In re Kellogg Brown & Root, Inc.*, 166 S.W.3d 732, 737 (Tex. 2005) (orig. proceeding). Accordingly, we grant the motion to dismiss, and we dismiss the petition for writ of mandamus and motion for emergency relief, and all relief sought therein, as moot. Relator's unopposed motion to abate this original proceeding is likewise dismissed as moot.

JON WEST
Justice

Delivered and filed on the
15th day of September, 2025.

2